**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__  District of __Texas__
(State)

Case number (*If known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual        12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Freight Shuttle International, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN                 32042828486

5. **Debtor's address**

   **Principal place of business**

   1815         Shadowwood Dr.
   Number       Street

   _____

   College Station           TX    77840
   City                      State  ZIP Code

   Brazoria
   County

   **Mailing address, if different**

   _____
   Number       Street

   P.O. Box 10468
   P.O. Box

   College Station           TX    77842
   City                      State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number       Street

   _____

   _____
   City                      State  ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor  Freight Shuttle International, LLC          Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | www.freightshuttle.com |

**7. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☑ No
- ☐ Yes. Debtor _____  Relationship _____
  District _____ Date filed _____ Case number, if known _____
                          MM / DD / YYYY

  Debtor _____  Relationship _____
  District _____ Date filed _____ Case number, if known _____
                          MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:
- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☑ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor  Freight Shuttle International, LLC                     Case number (if known)_____
        Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Zamtek LLC | Outstanding Invoices | $ 283,765.33 |
| | Piccolino Enterprises, LLC | Outstanding Invoices | $ 18,513.34 |
| | Wells Engineering | Outstanding Invoices | $ 24,060.31 |
| | Armadillo Digital, Inc. | Outstanding Invoices | $21,107.84 |
| | | Total of petitioners' claims | $ 347,446.82 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Zamtek LLC
Name

3325 King George Lane
Number    Street

Friendswood          TX          77546
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Sharif Zaman
Name

3325 King George Lane
Number    Street

Friendswood          TX          77546
City                 State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07 / 20 / 2018
              MM / DD / YYYY

X _/s/ S. Zaman_____, Managing Member
Signature of petitioner or representative, including representative's title

**Attorneys**

Joshua W. Wolfshohl
Printed name

Porter Hedges LLP
Firm name, if any

1000 Main Street, 36th Floor
Number    Street

Houston              TX          77002
City                 State       ZIP Code

Contact phone  (713) 226-6000    Email  jwolfshohl@porterhedges.com

Bar number    24038592

State         Texas

X /s/ Joshua W. Wolfshohl
Signature of attorney

Date signed   09/04/2018
              MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 3

Debtor   Freight Shuttle International, LLC
         Name

Case number (if known) _____

### Name and mailing address of petitioner

Name: Piccolino Enterprises, LLC

Number Street: 407 Hornpipe Hills

City: San Antonio  State: TX  ZIP Code: 78260

### Name and mailing address of petitioner's representative, if any

Name: Garry Kuhn

Number Street: 407 Hornpipe Hills

City: San Antonio  State: TX  ZIP Code: 78260

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/20/2018
         MM / DD / YYYY

X _____ (signature)
Signature of petitioner or representative, including representative's title

---

Printed name: Joshua W. Wolfshohl

Firm name, if any: Porter Hedges LLP

Number Street: 1000 Main Street, 36th Floor

City: Houston  State: TX  ZIP Code: 77002

Contact phone: (713) 226-6000   Email: jwolfshohl@porterhedges.com

Bar number: 24038592

State: Texas

X Joshua W. Wolfshohl
Signature of attorney

Date signed: 09/04/2018
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Name: Wells Engineering

Number Street: 6900 Houston Road, Suite 38

City: Florence  State: KY  ZIP Code: 41042

### Name and mailing address of petitioner's representative, if any

Name: Patrick Wells, P.E.

Number Street: 6900 Houston Road, Suite 38

City: Florence  State: KY  ZIP Code: 41042

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
         MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: Joshua W. Wolfshohl

Firm name, if any: Porter Hedges LLP

Number Street: 1000 Main Street, 36th Floor

City: Houston  State: TX  ZIP Code: 77002

Contact phone: (713) 226-6000   Email: jwolfshohl@porterhedges.com

Bar number: 24038592

State: Texas

X _____
Signature of attorney

Date signed: _____
             MM / DD / YYYY

---

Official Form 205   Involuntary Petition Against a Non-Individual   page 4

Debtor **Freight Shuttle International, LLC**
      Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Piccolino Enterprises, LLC
Name

407 Hornpipe Hills
Number   Street

San Antonio   TX   78260
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Garry Kuhn
Name

407 Hornpipe Hills
Number   Street

San Antonio   TX   78260
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
      MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Joshua W. Wolfshohl
Printed name

Porter Hedges LLP
Firm name, if any

1000 Main Street, 36th Floor
Number   Street

Houston   TX   77002
City   State   ZIP Code

Contact phone (713) 226-6000   Email jwolfshohl@porterhedges.com

Bar number 24038592

State Texas

✗ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

---

**Name and mailing address of petitioner**

Wells Engineering
Name

6900 Houston Road, Suite 38
Number   Street

Florence   KY   41042
City   State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Patrick Wells, P.E.
Name

6900 Houston Road, Suite 38
Number   Street

Florence   KY   41042
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/23/2018
      MM / DD / YYYY

✗ /s/ Patrick Wells
Signature of petitioner or representative, including representative's title

---

Joshua W. Wolfshohl
Printed name

Porter Hedges LLP
Firm name, if any

1000 Main Street, 36th Floor
Number   Street

Houston   TX   77002
City   State   ZIP Code

Contact phone (713) 226-6000   Email jwolfshohl@porterhedges.com

Bar number 24038592

State Texas

✗ /s/ Joshua W. Wolfshohl
Signature of attorney

Date signed 09/04/2018
      MM / DD / YYYY

---

Debtor  Freight Shuttle International, LLC
        Name

Case number (if known) _____

**Name and mailing address of petitioner**

Armadillo Digital, Inc.
Name

524 Sanddollar Ct.
Number  Street

Fort Collins          CO          80525
City                  State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Gerald C. Roop, Jr.
Name

524 Sanddollar Ct.
Number  Street

Fort Collins          CO          80525
City                  State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/20/2018
             MM / DD / YYYY

✗ _(signature)_
Signature of petitioner or representative, including representative's title

Joshua W. Wolfshohl
Printed name

Porter Hedges LLP
Firm name, if any

1000 Main Street, 36th Floor
Number  Street

Houston               TX          77002
City                  State       ZIP Code

Contact phone (713) 226-6000   Email jwolfshohl@porterhedges.com

Bar number  24038592

State  Texas

✗ /s/ Joshua W. Wolfshohl
Signature of attorney

Date signed  09/04/2018
             MM / DD / YYYY

**Name and mailing address of petitioner**

Name _____

Number  Street _____

City _____  State _____  ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

Name _____

Number  Street _____

City _____  State _____  ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
             MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 4