UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 18-35039-H3-7 |
|---|---|---|
| | § | |
| FREIGHT SHUTTLE | § | |
| INTERNATIONAL, LLC | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Eva Engelhart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,726.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $453,871.13 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $232,628.87 | | |

3) Total gross receipts of $744,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $57,500.00 (see **Exhibit 2),** yielded net receipts of $686,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $446,541.27 | $163,865.42 | $6,867.67 | $65,586.88 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $232,628.87 | $232,628.87 | $232,628.87 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $1,259,975.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $682,655.84 | $1,270,274.30 | $771,355.13 | $388,284.25 |
| **Total Disbursements** | $1,129,197.11 | $2,920,936.09 | $1,005,044.17 | $686,500.00 |

4). This case was originally filed under chapter 7 on 09/04/2018. The case was pending for 26 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/11/2020</u>     By: <u>/s/ Eva Engelhart</u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1643 Crosswind Dr., Bryan, TX 77808 | 1110-000 | $734,000.00 |
| Intellectual Property | 1129-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | $744,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Interim Capital LLC | Funds to Third Parties | 8500-002 | $57,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $57,500.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | MBC Management, Inc. | 4110-000 | $64,471.27 | $67,738.09 | $0.00 | $64,526.71 |
| 15-1 | William Farrar | 4210-000 | $2,500.00 | $5,850.68 | $5,807.50 | $0.00 |
| 16-1 | Brazos County | 4110-000 | $0.00 | $31,696.41 | $0.00 | $0.00 |
| 16-2 | Brazos County | 4110-000 | $0.00 | $33,125.48 | $0.00 | $0.00 |
| 17 | Brazos County | 4110-000 | $0.00 | $24,394.59 | $0.00 | $0.00 |
| 19 | Clear Creek Independent School District | 4800-000 | $0.00 | $767.12 | $767.12 | $767.12 |
| 20 | City of Houston | 4800-000 | $0.00 | $293.05 | $293.05 | $293.05 |
|  | ALEJANDRO MARTINEZ | 4110-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
|  | BILL CRISWELL | 4110-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
|  | CLAY SIGNOR | 4110-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
|  | DAVID LANEY | 4110-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
|  | MILLENNIUM FS | 4110-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
|  | STEVE ROOP | 4110-000 | $52,070.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $446,541.27 | $163,865.42 | $6,867.67 | $65,586.88 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eva Engelhart, Trustee | 2100-000 | NA | $37,575.00 | $37,575.00 | $37,575.00 |
| Eva Engelhart, Trustee | 2200-000 | NA | $744.99 | $744.99 | $744.99 |
| International Sureties, Ltd. | 2300-000 | NA | $230.64 | $230.64 | $230.64 |
| Estimated Recording Fees. | 2420-000 | NA | $100.00 | $100.00 | $100.00 |
| Tax Certificate to First American Title Insurance Company National Commercial Services. | 2420-000 | NA | $30.88 | $30.88 | $30.88 |
| Texas Guaranty Fee - Owner Title Policy to TX Title Insurance Guaranty Association. | 2420-000 | NA | $2.00 | $2.00 | $2.00 |
| Closing-Escrow Fee to First American Title Insurance Company National Commercial Services | 2500-000 | NA | $300.00 | $300.00 | $300.00 |
| Recording Service Fee to First American Title Insurance Company National Commercial Services. | 2500-000 | NA | $10.00 | $10.00 | $10.00 |
| Stalking Horse Fee to Interim Holdings, LLC | 2500-000 | NA | $25,000.00 | $25,000.00 | $25,000.00 |
| 2017 Business Personal Property to Brazos County Tax Assessor-Collector. | 2820-000 | NA | $9,068.95 | $9,068.95 | $9,068.95 |
| 2018 Business Personal Property to Brazos County Tax Assessor-Collector. | 2820-000 | NA | $6,977.24 | $6,977.24 | $6,977.24 |
| 2018 Real Estate Taxes to Brazos County Tax Assessor-Collector | 2820-000 | NA | $19,307.66 | $19,307.66 | $19,307.66 |
| 2019 RE Taxes 1/1/19 to 5/16/19. | 2820-000 | NA | $6,319.63 | $6,319.63 | $6,319.63 |
| c/o Joshua Wolfshohl | 2990-000 | NA | $5,326.30 | $5,326.30 | $5,326.30 |
| Ross, Banks, May, Cron & Cavin, PC, Attorney for Trustee | 3110-000 | NA | $27,785.00 | $27,785.00 | $27,785.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Ross, Banks, May, Cron & Cavin, PC, Attorney for Trustee | 3120-000 | NA | $1,427.18 | $1,427.18 | $1,427.18 |
| William G. West, P.C., Accountant for Trustee | 3410-000 | NA | $15,038.00 | $15,038.00 | $15,038.00 |
| William G. West, P.C., Accountant for Trustee | 3420-000 | NA | $65.30 | $65.30 | $65.30 |
| Commission Due to Tranzon Asset Advisors of Texas, LLC., Auctioneer for Trustee | 3610-000 | NA | $61,500.00 | $61,500.00 | $61,500.00 |
| Out of Pockets to Tranzon Asset Advisors of Texas, LLC., Auctioneer for Trustee | 3620-000 | NA | $15,820.10 | $15,820.10 | $15,820.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $232,628.87 | $232,628.87 | $232,628.87 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12-2a | John Michael Stewart | 5300-000 | $0.00 | $12,475.00 | $0.00 | $0.00 |
| 12-1 | John Michael Stewart | 5800-000 | $0.00 | $1,247,500.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,259,975.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Curtiss-Wright Electro-Mechanical Corporation | 7100-000 | $0.00 | $445,829.00 | $222,914.50 | $111,362.48 |
| 2 | Piccolino Enterprises, LLC | 7100-000 | $18,513.34 | $18,513.34 | $18,513.34 | $9,248.80 |
| 3 | Henry & Peters | 7100-000 | $12,085.00 | $13,391.50 | $13,391.50 | $6,690.06 |
| 4 | Zamtek LLC | 7100-000 | $233,765.33 | $288,765.33 | $288,765.33 | $144,259.90 |
| 5-1 | Steve Roop | 7100-000 | $0.00 | $50,000.00 | $0.00 | $0.00 |
| 5-2 | Steve Roop | 7100-000 | $0.00 | $58,643.84 | $58,643.84 | $29,296.99 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | IWS Gas and Supply of Texas, Ltd. | 7100-000 | $6,002.41 | $7,403.38 | $7,403.38 | $3,698.54 |
| 7 | Armadillo Digital, Inc. | 7100-000 | $19,024.95 | $18,975.00 | $18,975.00 | $9,479.43 |
| 8-2 | Pioneer Funding Group III, LLC | 7100-000 | $0.00 | $33,396.54 | $33,396.54 | $16,698.27 |
| 8-1 | Pioneer Funding Group IV,, LLC | 7100-000 | $0.00 | $33,396.54 | $33,396.54 | $16,698.27 |
| 9 | Bill Criswell | 7100-000 | $0.00 | $479.17 | $0.00 | $0.00 |
| 9-3 | William T. Criswell | 7100-000 | $0.00 | $2,979.17 | $2,979.17 | $1,488.32 |
| 10 | Wells Engineering | 7100-000 | $24,060.31 | $24,060.31 | $24,060.31 | $12,019.93 |
| 12.2b | John Michael Stewart | 7100-000 | $0.00 | $125,525.50 | $0.00 | $0.00 |
| 13 | New FS Asset Holdings, LLC | 7100-000 | $0.00 | $100,000.00 | $0.00 | $0.00 |
| 14 | Michael Yager | 7100-000 | $43,065.00 | $43,065.00 | $43,065.00 | $21,514.19 |
| 15-2 | William Farrar | 7100-000 | $0.00 | $43.18 | $43.18 | $21.57 |
| | William Farrar | 7100-000 | $0.00 | $5,807.50 | $5,807.50 | $5,807.50 |
| | BRAZOS COUNTY TAX ASSESSOR/COLLECTOR | 7100-000 | $31,833.96 | $0.00 | $0.00 | $0.00 |
| | NORTON ROSE FULBRIGHT, US LLP | 7100-000 | $676.00 | $0.00 | $0.00 | $0.00 |
| | PITNEY BOWES/PURCHASE POWER | 7100-000 | $565.61 | $0.00 | $0.00 | $0.00 |
| | STAR GAUGE GLOBAL MANAGEMENT | 7100-000 | $66,849.93 | $0.00 | $0.00 | $0.00 |
| | TEXAS A&M TRANSPORTATION INSTITUTE | 7100-000 | $196,040.00 | $0.00 | $0.00 | $0.00 |
| | WILLIAMS-SCOTSMAN INC | 7100-000 | $30,174.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $682,655.84 | $1,270,274.30 | $771,355.13 | $388,284.25 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1         Exhibit 8

| Case No.: | 18-35039-H3-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | FREIGHT SHUTTLE INTERNATIONAL, LLC | Date Filed (f) or Converted (c): | 09/04/2018 (f) |
| For the Period Ending: | 11/11/2020 | §341(a) Meeting Date: | 01/24/2019 |
| | | Claims Bar Date: | 03/25/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Office Furniture - desk, chairs, tables, file cabinets | $50.00 | $350.00 | | $0.00 | FA |
| **Asset Notes:** | Inconsequential value | | | | | |
| 2 | Office equipment - printer, TV | $3,000.00 | $3,000.00 | | $0.00 | FA |
| **Asset Notes:** | No Equity | | | | | |
| 3 | 1643 Crosswind Dr., Bryan, TX 77808 | $921,100.00 | $569,058.73 | | $734,000.00 | FA |
| **Asset Notes:** | Added Per Amended Docket #32  $352,041.27 not legally substantiated liens | | | | | |
| 4 | Freight Shuttle International trademarks | $676.00 | $676.00 | | $0.00 | FA |
| 5 | Intellectual Property (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                   **Gross Value of Remaining Assets**
                                              $924,826.00              $583,084.73                                $744,000.00                              $0.00

**Major Activities affecting case closing:**
Working on TFR
Claim objection resolution.
Claim objections pending.
Property sold; claims review.
Auction sale scheduled for 04/22/19

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2020 | **Current Projected Date Of Final Report (TFR):** | 12/31/2020 | /s/ EVA ENGELHART |
|---|---|---|---|---|
| | | | | EVA ENGELHART |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-35039-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | FREIGHT SHUTTLE INTERNATIONAL, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8380 | | Checking Acct #: | ******5039 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/4/2018 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 11/11/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/06/2019 | (3) | Interim Capital, LLC | Order entered 02/19/19, Doc. #33 Good Faith Deposit | 1180-002 | $57,500.00 | | $57,500.00 |
| 04/11/2019 | (5) | HS Business Services LLC | Order entered 04/08/19, Doc. #39 IP Purchase FSI | 1129-000 | $10,000.00 | | $67,500.00 |
| 04/23/2019 | (3) | HS Business Services LLC | Buyer Deposit Directly to Seller Order Entered 4/24/19, Doc # 46 | 1110-000 | $67,650.00 | | $135,150.00 |
| 04/24/2019 | 3001 | Interim Capital LLC | Order Entered 2/19/19, Doc # 33 | 8500-002 | | $57,500.00 | $77,650.00 |
| 05/17/2019 | | First American Title Insurance | Order entered 04/24/19, Doc. #33 and #46 Wire received on 5/16/19 | * | $399,886.83 | | $477,536.83 |
| | {3} | | Gross receipts less the buyer's wire deposit directly to seller of $67,650.00 received on 4/11/19. $608,850.00 | 1110-000 | | | $477,536.83 |
| | | | 2019 RE Taxes 1/1/19 to 5/16/19. $(6,319.63) | 2820-000 | | | $477,536.83 |
| | | | Closing-Escrow Fee to First American Title Insurance Company National Commercial Services $(300.00) | 2500-000 | | | $477,536.83 |
| | | | Recording Service Fee to First American Title Insurance Company National Commercial Services. $(10.00) | 2500-000 | | | $477,536.83 |
| | | | Tax Certificate to First American Title Insurance Company National Commercial Services. $(30.88) | 2420-000 | | | $477,536.83 |
| | | | Texas Guaranty Fee - Owner Title Policy to TX Title Insurance Guaranty Association. $(2.00) | 2420-000 | | | $477,536.83 |
| | | | Estimated Recording Fees. $(100.00) | 2420-000 | | | $477,536.83 |
| | | | Commission Due to Tranzon Asset Advisors of Texas, LLC. $(61,500.00) | 3610-000 | | | $477,536.83 |
| | | | Out of Pockets to Tranzon Asset Advisors of Texas, LLC. $(15,820.10) | 3620-000 | | | $477,536.83 |
| | | | Stalking Horse Fee to Interim Holdings, LLC $(25,000.00) | 2500-000 | | | $477,536.83 |
| | | | SUBTOTALS | | $535,036.83 | $57,500.00 | |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-35039-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | FREIGHT SHUTTLE INTERNATIONAL, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8380 | | Checking Acct #: | ******5039 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/4/2018 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 11/11/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | Estimated Lien Payoff to MBC Management. | $(64,526.71) | 4110-000 | | | $477,536.83 |
| | | | 2017 Business Personal Property to Brazos County Tax Assessor-Collector. | $(9,068.95) | 2820-000 | | | $477,536.83 |
| | | | 2018 Real Estate Taxes to Brazos County Tax Assessor-Collector | $(19,307.66) | 2820-000 | | | $477,536.83 |
| | | | 2018 Business Personal Property to Brazos County Tax Assessor-Collector. | $(6,977.24) | 2820-000 | | | $477,536.83 |
| 06/19/2019 | 3002 | c/o Joshua Wolfshohl | Order Entered 4/18/19, Doc # 41 Administrative Claim | | 2990-000 | | $5,326.30 | $472,210.53 |
| 07/15/2019 | 3003 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 7/15/19, Doc # 52 Interim Attorney Fees | | 3110-000 | | $17,310.00 | $454,900.53 |
| 07/15/2019 | 3004 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 7/15/19, Doc # 52 Interim Attorney Expenses | | 3120-000 | | $437.18 | $454,463.35 |
| 10/08/2019 | 3005 | International Sureties, Ltd. | Bond Premium: 10/1/19-10/1/20 Bond # 016071777 | | 2300-000 | | $230.64 | $454,232.71 |
| 03/27/2020 | 3006 | William Farrar | Order Entered 3/12/20, Doc # 74 | | 7100-000 | | $5,807.50 | $448,425.21 |
| 04/29/2020 | 3007 | William G. West, P.C. | Order Entered 4/27/20, Doc # 79 Accountant Fees | | 3410-000 | | $15,038.00 | $433,387.21 |
| 04/29/2020 | 3008 | William G. West, P.C. | Order Entered 4/27/20, Doc # 79 Accountant Expenses | | 3420-000 | | $65.30 | $433,321.91 |
| 06/11/2020 | 3009 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 6/11/20, Doc # 83 Second and Final Attorney Fees | | 3110-000 | | $10,475.00 | $422,846.91 |
| 06/11/2020 | 3010 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 6/11/20, Doc # 83 Second and Final Attorney Expenses | | 3120-000 | | $990.00 | $421,856.91 |
| 09/16/2020 | 3011 | Eva Engelhart | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Trustee Compensation | | 2100-000 | | $37,575.00 | $384,281.91 |
| | | | | | SUBTOTALS | $0.00 | $93,254.92 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-35039-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | FREIGHT SHUTTLE INTERNATIONAL, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8380 | | Checking Acct #: | ******5039 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/4/2018 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 11/11/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2020 | 3012 | Eva Engelhart | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Trustee Expenses | 2200-000 | | $744.99 | $383,536.92 |
| 09/16/2020 | 3013 | Curtiss-Wright Electro-Mechanical Corporation | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 1 | 7100-000 | | $111,362.48 | $272,174.44 |
| 09/16/2020 | 3014 | Piccolino Enterprises, LLC | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 2 | 7100-000 | | $9,248.80 | $262,925.64 |
| 09/16/2020 | 3015 | Henry & Peters | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 3 | 7100-000 | | $6,690.06 | $256,235.58 |
| 09/16/2020 | 3016 | Zamtek LLC | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 4 | 7100-000 | | $144,259.90 | $111,975.68 |
| 09/16/2020 | 3017 | Steve Roop | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 5 | 7100-000 | | $29,296.99 | $82,678.69 |
| 09/16/2020 | 3018 | IWS Gas and Supply of Texas, Ltd. | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 6 | 7100-000 | | $3,698.54 | $78,980.15 |
| 09/16/2020 | 3019 | Armadillo Digital, Inc. | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 7 | 7100-000 | | $9,479.43 | $69,500.72 |
| | | | SUBTOTALS | | $0.00 | $314,781.19 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-35039-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | FREIGHT SHUTTLE INTERNATIONAL, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8380 | | Checking Acct #: | ******5039 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/4/2018 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 11/11/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2020 | 3020 | Pioneer Funding Group IV, LLC | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 8 | 7100-000 | | $16,698.27 | $52,802.45 |
| 09/16/2020 | 3021 | Pioneer Funding Group III, LLC | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 8 | 7100-000 | | $16,698.27 | $36,104.18 |
| 09/16/2020 | 3022 | William T. Criswell | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 9 | 7100-000 | | $1,488.32 | $34,615.86 |
| 09/16/2020 | 3023 | Wells Engineering, PSC | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 10 | 7100-000 | | $12,019.93 | $22,595.93 |
| 09/16/2020 | 3024 | Michael Yager | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 14 | 7100-000 | | $21,514.19 | $1,081.74 |
| 09/16/2020 | 3025 | William Farrar | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 15 | 7100-000 | | $21.57 | $1,060.17 |
| 09/16/2020 | 3026 | Clear Creek Independent School District | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 19 | 4800-000 | | $767.12 | $293.05 |
| 09/16/2020 | 3027 | City of Houston | Order Entered 9/8/20, Doc #92, Order Entered 9/14/20, Doc #94, Ch 7 Trustee's Rpt of Distribution (ROD) 9/16/20, Doc #95 Distribution on Claim #: 20 | 4800-000 | | $293.05 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $69,500.72 | |

**FORM 2**

Page No: 5    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 18-35039-H3-7 | **Trustee Name:** Eva Engelhart |
| **Case Name:** | FREIGHT SHUTTLE INTERNATIONAL, LLC | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***8380 | **Checking Acct #:** ******5039 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 9/4/2018 | **Blanket bond (per case limit):** $77,534,000.00 |
| **For Period Ending:** | 11/11/2020 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $535,036.83 | $535,036.83 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $535,036.83 | $535,036.83 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $535,036.83 | $535,036.83 | |

| For the period of 9/4/2018 to 11/11/2020 | | For the entire history of the account between 03/04/2019 to 11/11/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $686,500.00 | Total Compensable Receipts: | $686,500.00 |
| Total Non-Compensable Receipts: | $57,500.00 | Total Non-Compensable Receipts: | $57,500.00 |
| Total Comp/Non Comp Receipts: | $744,000.00 | Total Comp/Non Comp Receipts: | $744,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $686,500.00 | Total Compensable Disbursements: | $686,500.00 |
| Total Non-Compensable Disbursements: | $57,500.00 | Total Non-Compensable Disbursements: | $57,500.00 |
| Total Comp/Non Comp Disbursements: | $744,000.00 | Total Comp/Non Comp Disbursements: | $744,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 6  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 18-35039-H3-7 | Trustee Name: | Eva Engelhart |
| Case Name: | FREIGHT SHUTTLE INTERNATIONAL, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8380 | Checking Acct #: | ******5039 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/4/2018 | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 11/11/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $535,036.83 | $535,036.83 | $0.00 |

| **For the period of 9/4/2018 to 11/11/2020** | | **For the entire history of the case between 09/04/2018 to 11/11/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $686,500.00 | Total Compensable Receipts: | $686,500.00 |
| Total Non-Compensable Receipts: | $57,500.00 | Total Non-Compensable Receipts: | $57,500.00 |
| Total Comp/Non Comp Receipts: | $744,000.00 | Total Comp/Non Comp Receipts: | $744,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $686,500.00 | Total Compensable Disbursements: | $686,500.00 |
| Total Non-Compensable Disbursements: | $57,500.00 | Total Non-Compensable Disbursements: | $57,500.00 |
| Total Comp/Non Comp Disbursements: | $744,000.00 | Total Comp/Non Comp Disbursements: | $744,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA ENGELHART

EVA ENGELHART